1

2

3    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MATTHEW ANDREW GARCIA,        )      Case No. CV 12-7287-CJC (OP)
                                   )
12                                 )      ORDER ACCEPTING FINDINGS,
                      Petitioner,  )      CONCLUSIONS, AND
13          v.                     )      RECOMMENDATIONS OF
                                   )      UNITED STATES MAGISTRATE
14                                 )      JUDGE
     RANDY GROUNDS, Warden,        )
15                                 )
                                   )
16                    Respondent.  )
     _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18   file, and the Report and Recommendation of the United States Magistrate Judge.

19   Petitioner has not filed any written Objections to the Report and Recommendation.

20   The Court accepts the findings and recommendations of the Magistrate Judge,

21   / / /

22   / / /

23   / / /

24

25

26

27

28

   IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.


DATED:  July 29, 2013

HONORABLE CORMAC J. CARNEY
United States District Judge


Prepared by:


HONORABLE OSWALD PARADA
United States Magistrate Judge

2