JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW ANDREW GARCIA,          )          Case No. CV 12-7287-CJC  (OP)
                                )
                                )          J U D G M E N T
                  Petitioner,   )
           v.                   )
                                )
RANDY GROUNDS, Warden,          )
                                )
                                )
                  Respondent.   )
_____)

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 29, 2013

                   HONORABLE CORMAC J. CARNEY
                   United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge